COMMONWEALTH of Kentucky, DEPART-
MENT OF HIGHWAYS, Appellant,

v.

Clarence I. CRAIG and Mary Ann Craig,
wife, Appellees.

Court of Appeals of Kentucky.

June 14, 1974.

Carl T. Miller, Jr., Dept. of Highways, Frankfort, Thomas F. Manby, Jr., La-Grange, John J. Blackburn, Covington, for appellant.

William G. Reed, Carrollton, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Reversing.*

---

Margaret Shropshire HOWK, a widow,
et al., Appellants,

v.

Blanche RYLES et al., Appellees.

Court of Appeals of Kentucky.

June 14, 1974.

Robert E. Rice, Lexington, for appellants.

Jack K. Giles, Walter L. Brock, Jr., Thomas E. Harris, Fowler, Rouse, Measle & Bell, Lexington, for appellee.

Memorandum Opinion of the Court by Justice MILLIKEN, Affirming.*

---

Sylvia HALL et al., Appellants,

v.

GREER ELLISON COAL COMPANY
et al., Appellees.

Court of Appeals of Kentucky.

June 14, 1974.

Albert A. Burchett, Martin, Woodrow Burchett, Clifford B. Latta, Prestonsburg, for appellants.

James R. Allen, Jarvis Allen, Prestonsburg, for appellees.

Memorandum Opinion of the Court by Justice JONES, Affirming in Part, Reversing in Part.*

---

James R. YOCOM, Commissioner of Labor
and Custodian of the Special
Fund, Appellant,

v.

Charles L. PARKS et al., Appellees.

Court of Appeals of Kentucky.

June 14, 1974.

Robert D. Hawkins, Chief Counsel, Arthur R. Samuel, Counsel, Special Fund, Dept. Labor, Frankfort, for appellant.

Ronald W. May, William J. Baird, Pikeville, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

* Opinion ordered not to be published.